[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 333.]

MYERS ET AL., APPELLEES, *v.* SAFECO INSURANCE COMPANY OF AMERICA, APPELLANT.

[Cite as *Myers v. Safeco Ins. Co. of Am.*, 2001-Ohio-64.]

*Insurance—Homeowner's insurance policy that provides limited liability coverage for vehicles not subject to motor vehicle registration is not a motor vehicle liability policy and is not subject to the requirement of former R.C. 3937.18 to offer uninsured and underinsured motorist coverage—Court of appeals' judgment reversed on authority of Davidson v. Motorists Mut. Ins. Co.— Certification of conflict dismissed as improvidently certified.*

(Nos. 00-597 and 00-641—Submitted March 28, 2001—Decided April 11, 2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Licking County, No. 99CA00083.

————————

{¶ 1} The judgment of the court of appeals in case No. 00-597 is reversed on the authority of *Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, ___ N.E.2d ___.

{¶ 2} The certification of conflict in case No. 00-641 is dismissed, *sua sponte*, as having been improvidently certified.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

————————

*Clark, Perdue, Roberts & Scott Co., L.P.A.,* and *Paul O. Scott*, for appellees.

*John C. Nemeth & Associates* and *John C. Nemeth*, for appellant.

————————